471 F.2d 609
 LEMAR TOWING COMPANY, Plaintiff-Appellant,
v.
FIREMAN'S FUND INSURANCE COMPANY, Defendant-Appellee.
 No. 72-3007. Summary Calendar.*
 United States Court of Appeals,
Fifth Circuit.
 Jan. 3, 1973.
 
 Joaquin Campoy, William S. Stone, New Orleans, La., for plaintiff-appellant.
 Francis Emmett, Bruce W. Dinwiddie, New Orleans, La., for defendant-appellee.
 Before THORNBERRY, COLEMAN and INGRAHAM, Circuit Judges.
 PER CURIAM:
 
 
 1
 The opinion of the District Court is reported, Lemar Towing Company v. Fireman's Fund Insurance Company, 352 F.Supp. 652. On the basis of that opinion we affirm the judgment below.
 
 
 2
 Affirmed.
 
 
 
 *
 Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Company of New York et al., 5 Cir., 1970, 431 F.2d 409, Part I